No. 11–7884.   ATKINS, ADMINISTRATOR OF THE ESTATE OF ATKINS, DECEASED *v.* CITY OF CHICAGO, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 11–7885.   GREENMAN *v.* POLK ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 11–7886.   GREENE *v.* STANCIL.   C. A. 4th Cir.   Certiorari denied.

No. 11–7889.   HELTON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 11–7891.   GIDDINGS *v.* BROWN, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.   C. A. 7th Cir.   Certiorari denied.

No. 11–7892.   GARBER *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–7893.   GARNER *v.* WARREN, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–7895.   JACKSON *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 11–7901.   GONZALEZ *v.* BERGHUIS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–7902.   GZIKOWSKI *v.* DEXTER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–7903.   HAYNES *v.* SISTO, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–7904.   GUZMAN *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 11–7908.   BROWN *v.* MORGAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–7911.   BURKE *v.* VERMONT.   Sup. Ct. Vt.   Certiorari denied.

No. 11–7914.   TURNER *v.* NIXON ET AL.   Ct. App. Mo., Western Dist.   Certiorari denied.